UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHARLES S. LONGSHORE,<br><br>                  Plaintiff,<br>   v.<br><br>SCOTT RUSSELL, SGT. QUENGA, SGT. McKANNEY, SGT. ROBERTS, C/O TROTTER, and STEVEN DEMARS,<br><br>                  Defendants. | No. C11-5278 RBL/KLS<br><br>ORDER DENYING DEMANDS FOR DISCOVERY AND TO FILE EVIDENCE |

Before the Court is Plaintiff's "Motion for Allowing Additional Information and Evidence …". ECF No. 21. Within this document, Plaintiff requests production of various emails that he sent to individuals at the WCC. He also asks the Court to allow "new information to be added to all evidence in support of this lawsuite [sic]." *Id.* Also before the Court is Plaintiff's "Motion for Order for Washington Correction Center Staff to Print Off Any And/Or All Kiosk Messages …". ECF No. 24. Within this document, Plaintiff again requests production of emails that he sent to individuals at the WCC. *Id.*

**DISCUSSION**

Plaintiff is advised that discovery requests are not filed with the Court. Plaintiff must first direct his discovery requests to the parties or third-parties pursuant to the rules of discovery.

ORDER - 1

In the event the discovery requests are not complied with, Plaintiff must confer with opposing counsel in a good faith attempt to resolve the discovery dispute. Finally, if the attempt to confer is unsuccessful, Plaintiff may file a motion to compel, which shall include a certification that he, in good faith, conferred or attempted to confer with the person or party failing to make the discovery in an effort to secure the information or material without court intervention in accordance with Fed. R. Civ. P. 37(a)(2)(B).

Plaintiff is further advised that all exhibits and attachments must be attached with his complaint and they may not be sent in separately to be "included" in his original complaint at a later time. The Court will not consider these pages as part of Plaintiff's complaint. However, the documents have been filed under ECF No. 21. Therefore, the request to the clerk to make these documents part of the complaint is **DENIED.**

Accordingly, it is **ORDERED:**

(1)   Plaintiff's Motions (ECF Nos. 21 and 24) are **DENIED**.

(2)   The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants.

DATED this  2nd  day of September, 2011.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2