UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHARLES S. LONGSHORE,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>SCOTT RUSSELL, SGT. QUENGA, SGT. McKANNEY, SGT. ROBERTS, C/O TROTTER, and STEVEN DEMARS,<br><br>　　　　　　Defendants. | No. C11-5278 RBL/KLS<br><br>ORDER DENYING REQUEST TO "UPLIFT" DAMAGES |

　　　　Before the Court is Plaintiff's "Motion to Uplift the Amount Requested." ECF No. 22. Within this document, Plaintiff asks to "uplift" the original amount of damages requested in his complaint from $30,000.00 to $150,000.00 for "the additional harassment and mental stress that remained ongoing" after his initial complaint was filed. *Id.*

## DISCUSSION

　　　　The Federal Rules of Civil Procedure do not require a statement of the amount of damages being requested. Rather, the rules require that a "demand for the relief sought," be included in a complaint. Fed. R. Civ. P. 8(a)(3). Therefore, there is no need to amend to insert additional damages.

ORDER - 1

In addition, Plaintiff did not submit a proposed amended complaint. Instead, he submitted a motion stating his claim for money damages only related to events that occurred subsequent to the events for which he seeks relief in his original complaint. Plaintiff is advised that an amended complaint supersedes the original in its entirety, making the original as if it never existed. The allegations contained in his motion are not sufficient to properly plead an amended complaint to include all of his factual and legal allegations, including those stated in his original complaint. If Plaintiff wishes to amend his complaint, he must include all of the parties, claims and damages in a proposed amended complaint and submit it for the court's review. The amended complaint must be complete in itself without reference to the original complaint.

Accordingly, Plaintiff's motion to "Uplift the Amount Requested" (ECF NO. 22) is **DENIED**. The Clerk shall send copies of this Order to Plaintiff and to counsel for Defendants.

**DATED** this   2nd   day of September, 2011.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2