UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHARLES S. LONGSHORE,

                 Plaintiff,

  v.

SCOTT RUSSELL, SGT. QUENGA, SGT. McKANNEY, SGT. ROBERTS, C/O TROTTER, and STEVEN DEMARS,

                 Defendants.

No. C11-5278 RBL/KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

(1)     The Court adopts the Report and Recommendation;

(2)     Plaintiff's motion for preliminary injunction (ECF No. 25) is **DENIED**.

(3)     The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. Karen L. Strombom.

**DATED** this 28th day of September, 2011.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION- 1