UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHARLES S. LONGSHORE,

    Plaintiff,

v.

SCOTT RUSSELL, SGT. QUENGA, SGT. MCKANNEY, SGT. ROBERTS, C/O TROTTER, and STEVEN DEMARS,

    Defendants.

NO. C11-5278 RBL/KLS

ORDER EXTENDING PRE-TRIAL DEADLINES

Before the Court is Defendants' Motion to Continue Dispositive Motion Deadline. ECF No. 47. The dispositive motion deadline is March 2, 2012. ECF No. 33. Defendants filed a motion for partial summary judgment and motion to stay discovery on December 14, 20111. The Court stayed discovery. ECF No. 44. The Court has recommended that Defendants' motion for partial summary judgment be granted. (ECF No. 48). Because the ultimate resolution of Defendants' motion for partial summary judgment will determine which claims will survive for purposes of summary judgment, an extension of the dispositive motions deadline is warranted.

Accordingly, it is **ORDERED:**

(1)    Defendants' motion for an extension (ECF No. 47) is **GRANTED.**

(2)    The dispositive motion deadline shall be extended to **May 4, 2012.** The deadline for the joint status report of June 3, 2012, shall be extended to **July 6, 2012.**

ORDER - 1

(3) The Clerk is directed to send copies of this Order to Plaintiff and to counsel for Defendants.

**DATED** this  16th  day of February, 2012.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge