UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHARLES S. LONGSHORE,

                   Plaintiffs,

   v.

SCOTT RUSSELL, SGT. QUENGA, SGT. MCKANNEY, SGT. ROBERTS, C/O TROTTER, and STEVEN DEMARS,

                   Defendants.

No. C11-5278 RBL/KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

1) The Court adopts the Report and Recommendation.

2) Defendants' Motion to Dismiss (ECF No. 41) is **GRANTED;** Plaintiff's claims are **Dismissed without Prejudice for failure to exhaust, except as to claims against Defendant Trotter.**

3) This matter shall be **re-referred** to the undersigned.

4) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendant and to the Hon. Karen L. Strombom.

**DATED** this 20th day of March, 2011.

                                                            _/s/ Ronald B. Leighton_
                                                         RONALD B. LEIGHTON
                                                         UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1